UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LARRY ESMITH RIVERA ATO<br>Plaintiff(s),<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY<br>Defendant(s). | Civil Action No. 26-11233-JEK |

## **JUDGMENT**

**KOBICK, D.J.**

☐   Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒   Decision by the Court: In accordance with the Court's Electronic Order dated March 19, 2026, [ECF 10], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241;

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Larry Esmith Rivera Ato.

Dated: March 30, 2026

/s/ Haley Currie

Deputy Clerk